JEFFREY H. WOOD, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
MELE COLEMAN, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) CASE NO. 1:18-cv-01127-TSC |
| ) | |
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| ) | |
| v. | ) |
| ) | |
| RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of Interior, and the U.S. FISH AND WILDLIFE SERVICE, | ) |
| ) | |
| Defendants. | ) |

Please take notice that Melenaniikeawakea (Mele) Coleman hereby enters her appearance as counsel of record for the Defendants in this case. Ms. Coleman may be served electronically through the ECF system. Her contact information is below.

DATED:  June 1, 2018.

Respectfully submitted,

1

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
Wildlife & Marine Resources Section

　　　*/s/ Mele Coleman*　　　
MELE COLEMAN, Trial Attorney
Hawaiʻi Bar No. 10103
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2018, the foregoing will be electronically filed with the Court's electronic filing ("ECF") system, which will generate automatic service upon on all counsel of record enrolled to receive such notice.

    */s/ Mele Coleman*
MELE COLEMAN, Trial Attorney
Hawaiʻi Bar No. 10103
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov

*Trial Attorney for Defendants*