## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

        v.

RYAN ZINKE, *et al*.

        Defendants.

Civil Action No:  18-cv-01127-TSC

**AFFIDAVIT OF SERVICE**

    I respectfully certify that service for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 2 | Issued Summons |
| ECF 2-1 | Notice of Right to Consent to a Magistrate Judge |
| ECF 3 | Corporate Disclosure Statement |

    On May 23, 2018, the above listed documents were sent by certified mail, return receipt requested, to the following parties:

Ryan Zinke, Secretary
U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

U.S. Attorney
c/o Civil Process Clerk
555 4th Street, NW
Washington, D.C. 20001-2733

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Secretary Zinke, the U.S. Fish and Wildlife Service, the U.S. Attorney's office, and the

Attorney General received the documents on May 31, 2018.  Receipts and delivery confirmation

are attached hereto as Exhibit A.


DATED:  June 15, 2018                    /s/ Cynthia Elkins
                                         Cynthia Elkins, Paralegal
                                         Center for Biological Diversity
                                         P.O. Box 220
                                         Whitethorn, CA 95589

# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.63

Total Postage and Fees
$ 7.83

Sent To
Ryan Zinke, US Fish & Wildlife

Street and Apt. No., or PO Box No.
1849 C Street NW

City, State, ZIP+4
Washington DC 20240-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7014 0000 4129 6705

Postmark Here — WHITETHORN CA 95589 USPS

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ryan Zinke, Secretary
US Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240-0001

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3486 7275 1545 94

2. Article Number *(Transfer from service label)*
7040 0000 4129 6705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X mccion
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
mccion

C. Date of Delivery
5-31-18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.63

Total Postage and Fees
$ 1.83

Sent To
US Fish & Wildlife Service
Street and Apt. No., or PO Box No.
1849 C Street NW
City, State, ZIP+4®
Washington, DC 20240

Postmark
Here

7017 3040 0000 4129 6699

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Fish & Wildlife Service
1849 C Street NW
Washington, DC 20240

9590 9402 3486 7275 1546 00

2. Article Number *(Transfer from service label)*

7017 3040 0000 4129 6699

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                  5/3

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 1

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here
WHITETHORN CA
MAY 23 2018
USPS 95389

Postage
$ 1.63

Total Postage and Fees
$ 6.05

Sent To: US Attorney c/o Civil Process Clerk
Street and Apt. No., or PO Box No. 555 4th Street, NW
City, State, ZIP+4® Washington DC 20001-2733

7017 3040 0000 4129 6743

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
c/o Civil Process Clerk
555 4th Street, NW
Washington, DC 20001-2733

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3486 7275 1545 70

2. Article Number (Transfer from service label)
7017 3040 0000 4129 6743

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Erly Jane_                ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 31 2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$ _____

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ 1.63
Total Postage and Fees
$ 7.83

Sent To Attorney General, US Dept. of Justice

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW

City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 4129 6750 0000 3040 7017

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

9590 9402 3486 7275 1548 08

2. Article Number *(Transfer from service label)*
7017 3040 0000 4129 6750

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emly Lane_    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 3 1 2018

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt